6232. AMERICAN NATIONAL INSURANCE CO. *v.* DANIELS.

BROYLES, J. The verdict is authorized by the evidence; there was no material error of law, and the judgment of the court overruling the motion for a new trial is          *Affirmed.*

DECIDED AUGUST 5, 1915.

Action on insurance policy; from municipal court of Macon— Judge Daly. December 5, 1914.

*Charles H. Hall, R. K. Hines, Willis M. Everett,* for plaintiff in error.

*E. C. Powers, Charles H. Garrett, Will Gunn,* contra.